# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CORINNA CLENDENEN, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEAK N SHAKE OPERATIONS, INC.,<br><br>Defendant. | Case No. 4:17-cv-01506-JAR |

## ORDER

In light of the parties' Consent Motion to Consolidate this case with *Drake v. Steak N Shake Operations, Inc.*, No. 4:14-cv-01535-JAR, as well as their representations to the Court that a settlement has been reached in both cases,

**IT IS HEREBY ORDERED** that all deadlines in this case are **VACATED** and all pending motions are **DENIED as moot.**

Dated this 19th day of July, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE